IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-CV-298-RLV-DCK

| | |
|---|---|
| **DOUGLAS LEE WOODARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Extension Of Time To File Motion For Summary Judgment And Supporting Memorandum" (Document No. 9) filed January 24, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Extension Of Time To File Motion For Summary Judgment And Supporting Memorandum" (Document No. 9) is **GRANTED**. Plaintiff shall have up to and including **March 1, 2017** to file his motion for summary judgment and supporting memorandum, and Defendant shall have up to and including **April 28, 2017** to file her motion for summary judgment and supporting memorandum.

Signed: January 24, 2017

David C. Keesler
United States Magistrate Judge