# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION FILE NO. 1:16-CV-298-RLV-DCK

| | |
|---|---|
| DOUGLAS LEE WOODARD, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner, )<br>Social Security Administration, )<br>)<br>   Defendant. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney's Fees" (Document No. 20) filed July 11, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney's Fees" (Document No. 20) is **GRANTED**, and the Court orders as follows:

1. That the Social Security Administration shall pay $6,223.56 in attorney fees to the plaintiff, Douglas Lee Woodard, in full settlement and satisfaction of any and all claims for attorney fees for legal services rendered under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

2. With respect to Plaintiff's signed assignment of EAJA fees to his attorney, in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff

and mailed to Plaintiff's counsel. If the Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor the assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**.

Signed: July 11, 2017

David C. Keesler
United States Magistrate Judge